*Mr. H. G. Miller* and *Mr. Thomas G. Frost* for appellee.

---

## DAVIES *v.* SLIDELL.
## HUPPENBAUR *v.* SLIDELL.
## AMES *v.* SLIDELL'S HEIRS.
## SAME *v.* SAME.

ERROR. TO THE SUPREME COURT OF LOUISIANA.

Nos. 417, 435, 668 and 669.   Submitted November 20, 1876. — Decided November 27, 1876.

Affirmed upon the authority of *Bigelow* v. *Forrest*, 9 Wall. 339; *Day* v. *Micou*, 18 Wall. 156; and *Wallach* v. *Van Riswick*, 92 U. S. 202.

Mr. Chief Justice Waite delivered the opinion of the court.

We are not inclined to hear a re-argument of the Federal ques-

tions presented by the records in these cases. They were decided in *Bigelow* v. *Forrest*, 9 Wall. 339; *Day* v. *Micou*, 18 Wall. 156; and *Wallach* v. *Van Riswick*, 92 U. S. 202. The court below has followed these decisions, with which we are entirely satisfied.

We, therefore, affirm the judgment in each of the several cases, under the practice authorized by the amendment to Rule 6, section 3, promulgated at the last term.                              *Affirmed*

*Mr. L. Madison Day, Mr. D. C. Labatt, Mr. T. J. Durant* and *Mr. Charles W. Hornor* for plaintiffs in error.

*Mr. Thomas Allen Clarke* for defendants in error.